IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JULIE JOHNSON,

    Plaintiff,

v.                                                            4:21cv296–WS/MJF

ERIK JOHNSON,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 5) docketed September 18, 2021. The magistrate judge recommends that Plaintiff's case be dismissed for lack of subject matter jurisdiction. Plaintiff has filed no objections to the report and recommendation.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 5) is hereby ADOPTED and incorporated by reference in this order.

2. Plaintiff's complaint and this action are DISMISSED for lack of subject matter jurisdiction.

3. The clerk shall enter judgment stating: "All claims are dismissed."

DONE AND ORDERED this __20th__ day of __September__, 2021.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE